IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Garcia, Rafael | Case Number: 07 B 10406 |
| | Judge: Squires, John H |
| Printed: 4/15/08 | Filed: 6/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  April 8, 2008
Confirmed:  October 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,345.00 | |
| Secured: | | 6,948.37 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 396.63 |
| Other Funds: | | 0.00 |
| Totals: | 7,345.00 | 7,345.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 0.00 |
| 2. | United Guaranty | Secured | 0.00 | 0.00 |
| 3. | American Home Mtg Servicing | Secured | 14,204.25 | 6,948.37 |
| 4. | United Guaranty | Secured | 4,736.80 | 0.00 |
| 5. | American Home Mtg Servicing | Secured | 20,663.49 | 0.00 |
| 6. | JC Penney Corporation Inc | Unsecured | 62.26 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 43.02 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 943.07 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 954.88 | 0.00 |
| 10. | General Motors Acceptance Corp | Unsecured | 1,459.90 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,231.05 | 0.00 |
| 12. | Whitehall Jewelers | Unsecured | 88.37 | 0.00 |
| 13. | LVNV Funding | Unsecured | 125.31 | 0.00 |
| 14. | GM Card | Unsecured | | No Claim Filed |
| | | | $ 48,012.40 | $ 6,948.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 396.63 |
| | $ 396.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Garcia, Rafael

Printed:  4/15/08

Case Number:  07 B 10406
Judge:  Squires, John H
Filed:  6/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____